UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  17-10208-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

EZEQUIEL RODRIGUEZ

DEBTOR_____/

**TRUSTEE'S CERTIFICATE OF SERVICE
OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS**

Nancy K. Neidich, Esquire, Chapter 13 Trustee, served the

1. Trustee's Notice of Required Documents,

2. Debtor's Checklist for 341 Meeting of Creditors,

3. Chapter 13 Meeting of Creditors Preparation Sheet,

4. Chapter 13 Confirmation Preparation Sheet,

5. National Data Center brochure,

was served through NEF on the Debtor's attorney and by US Mail on the Debtor at the address below on the business day after this document was filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

TRUSTEE'S CERTIFICATE OF SERVICE OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS
CASE NO.: 17-10208-BKC-LMI

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
EZEQUIEL RODRIGUEZ
7810 BROADVIEW DR
NORTH BAY VILLAGE, FL  33141

TRUSTEE'S CERTIFICATE OF SERVICE OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS
CASE NO.: 17-10208-BKC-LMI

### TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS

Documents must be <u>RECEIVED</u> by the Trustee's office at least seven days prior to the first scheduled meeting of creditors (seven days does not include the meeting of creditors date, eg, if the meeting is on the 8th the documents must be <u>received</u> by the 1st). Documents may be sent 48 hours after a case is filed with ECF. Failure to provide timely documents will result in the issuance of a Notice of Deficiency and possible dismissal of your case.

Do not fax documents to the Trustee's office. Do not send documents which are not requested. Debtor's without attorney must mailed documents to: Nancy K Neidich, Chapter 13 Trustee, P.O. Box 279806, Miramar, FL 33027-9806. Debtor attorneys must upload documents through 13Documents.com

The following documents are required in every case
1) Last two years of tax returns (or a declaration of no income served on the IRS) from the tax period ending prior to the date of the filing of the petition .

2) Copies of all bank statements (including depository and investment accounts) for which the debtor(s) is a signatory for the ninety days preceding the filing of the bankruptcy petition, INCLUDE THE STATEMENT THROUGH THE DATE OF THE PETITION. (upload each account separately)

3) Valuation of real property outside Monroe, Dade and Broward county and evidence payoff of all real property not claimed as exempt. The Trustee will accept the county property appraiser's Market Value and a billing statement with the principal amount.

4) Valuation of all motor vehicles (NADA and/or Carmax- ONLY) and payoff of all motor vehicles. In a joint case provide the vehicle registration or title.

The following <u>may be</u> necessary
5)   Debtor(s) who do not receive a W-2 or pay advice reflecting income must provide:
         -If the debtor has a business, provide completed and notarized Business Debtor Questionnaire with attachments, two years of business tax returns and bank account statements for the ninety days preceding the filing of the bankruptcy petition.
         -If the debtor receives a 1099 from an employer, provide a detailed and notarized affidavit describing their employment and if the debtor holds an interest in the business.

6)   Debtor(s) who are obligated to pay or do pay a domestic support obligation as defined by the bankruptcy code must provide a completed domestic support and release of social security number form. The form must include the name, address and telephone number of the holder of the claim. THIS DOCUMENTS TO BE PROVIDED AT THE MEETING OF CREDITORS

7)   Debtor(s) who are over median on the Form B22C must provide evidence and mathematical calculation of all income and expenses not determined from the U.S. Trustee's web site.

8)   Debtor(s) who are claiming bare legal title or tenancy by the entirety must provide evidence of the exemption to the Trustee.

**DEBTOR'S CHECK LIST FOR 341 MEETING AND PAYMENT INFORMATION**

<u>Each</u> debtor must bring with them to the meeting of creditors:

☐ The debtor's social security card or government issued documentation with full social security number to be shown to the Trustee or her attorney (copy will not be accepted)

☐ The debtor's drivers license or government issued photo ID to be shown to the Trustee or her attorney and will be necessary to enter building (copy will not be accepted)

☐ Evidence of all payments made to the Chapter 13 Trustee to the meeting

☐ Signed and completed 341 questionnaire from the Trustee's web site to be provided to Chapter 13 Trustee at the meeting. (Signed original will be retained by the Trustee)

☐ If the debtor has a domestic support obligation, a completed DSO form from the Trustee's web cite to be provided to Chapter 13 Trustee (Signed original will be retained by the Trustee)

☐ Photocopy of the debtor's drivers license to be provided to the Chapter 13 Trustee. (Copy will be retained by the Trustee)

> NOTE: Please arrive early as everyone who attends the meeting of creditors will go through security. Government issued photo identification is required to gain entrance to all federal courthouse facilities. All persons entering the federal building will be subject to screening for prohibited devices, including weapons, lighters, cameras, etc. Cell phones are permitted in the meeting of creditors room but may not any sound.

**ALL CHAPTER 13 PLAN PAYMENTS NOT MADE THROUGH AN EMPLOYER DEDUCTION ORDER MUST:**
    a) be certified funds (money order or cashier's check) or attorney trust account checks;
    b) be made payable to <u>Nancy K. Neidich, Chapter 13 Trustee</u>;
    c) include the debtor(s) name and case number; and
    d) be mailed to :    Nancy K. Neidich, Chapter 13 Trustee,
                        P.O. Box 2099,
                        Memphis, TN 38101-2099.

TRUSTEE'S CERTIFICATE OF SERVICE OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS
CASE NO.: 17-10208-BKC-LMI

## CHAPTER 13 MEETING OF CREDITORS PREPARATION SHEET
### for Attorney and Pro Se Debtors

### 7 DAYS PRIOR TO THE MEETING OF CREDITORS

**The Trustee must receive:**

N/A   Done

- ☐ Last two years tax returns or sworn declaration of no income
- ☐ 3 months pre-petition bank statements (plus copies of any checks over $1000.00)
- ☐   ☐ Valuation of all property located outside of Miami-Dade County
- ☐   ☐ Payoff of all property not exempted as homestead
- ☐   ☐ Valuation of all motor vehicles (NADA or CarMax)
- ☐   ☐ Payoff of all motor vehicles
- ☐ Copy of the debtor's driver's license or photo ID with address
- ☐ Copy of the debtor's social security card
- ☐ Copy of the Local Form 90
- ☐   ☐ IF the debtor are obligated to or do pay domestic support as defined by 11 U.S.C. §101(14A), provide a completed DSO form including address and phone number
- ☐   ☐ IF Self Employed: Business Debtor Questionnaire or if 1099 notarized affidavit
- ☐   ☐ IF debtor(s) are over median as defined by 11 U.S.C. §1325(b)(3)

**The Attorney or Pro Se Debtor must:**

Done

- ☐ Make sure that the debtor will be available to appear at the meeting of creditors and is aware of the date and time of the meeting.
- ☐ Verify the amount of payments that the Trustee has received on the National Data Center and that the debtor has evidence that they are current with their plan payments
- ☐ Verify that the debtor will bring their original social security card and driver's license to the meeting of creditors

TRUSTEE'S CERTIFICATE OF SERVICE OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS
CASE NO.: 17-10208-BKC-LMI

**CHAPTER 13 CONFIRMATION PREPARATION SHEET**
(Not to be filed with clerk or send to the Trustee.)

| N/A | Done | |
|---|---|---|
| ☐ | ☐ | All motions to value are filed and noticed for hearing on the first confirmation hearing date (**at least 20 days notice**) |
| ☐ | ☐ | All claims have been reviewed, the plan conforms or objections have been filed (Use LF 70 - shorten notice form which requires 14 days notice. Do not use the negative notice for cases with pending confirmation hearings) |
| ☐ | ☐ | If the debtor decided to file an amended or "Lanning - Pro Forma" CMI form, the debtor has provided concurrently with the amended form <u>evidence</u> that is self - explanatory with the <u>mathematical</u> calculation of <u>ALL</u> non-IRS standard expenses (those not derived directly from the US Trustee's web site) with a short explanation of why it is reasonable and necessary. Each item is clearly identified as to which line on the CMI form it refers. Additional information is available on the Trustee's web cite. **(Mailed to be received at least 15 days prior to confirmation hearing)** |
| ☐ | ☐ | If the Trustee requested any additional documents from the meeting of creditors or prior confirmation hearing, the documents are attached to a Submission Sheet and clearly labeled as to which issue is addressed with each document. **(Mailed to be received at least 15 days prior to confirmation hearing)** |
| ☐ | ☐ | If the attorney is charging more than Safe Harbor attorney fees, a fee application is filed with detailed time records. |
| ☐ | ☐ | If the debtor is seeking a mortgage modification, the motion for referral has been filed and set for hearing and all documents have been provided through the portal (or by mail if debtor is pro se) OR if the motion has been granted, a review of the docket and correspondence reflects that the debtor is not required to perform any additional action or provide any additional documents. |
| ☐ | ☐ | The debtor is current in payments to the Chapter 13 Trustee or has been contacted that payment is due. |
| ☐ | ☐ | On the Thursday after 5 pm prior to the confirmation hearing, the attorney has reviewed the calendar on the Trustee's web cite and prepared for pre-hearing discussions with the Trustee, including contacting the debtor. |
| ☐ | ☐ | IF THE DEBTOR OBJECTS TO THE TRUSTEE'S POSTED RECOMMENDATION FOR CONFIRMATION, MOTIONS TO MODIFY OR MOTIONS TO DISMISS, on the day prior to the hearing between 9:00 am and 2:00 pm, the debtor's attorney or debtor has called the Trustee's office to seek a resolution of matter pending. |

TRUSTEE'S CERTIFICATE OF SERVICE OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS
CASE NO.: 17-10208-BKC-LMI



TRUSTEE'S CERTIFICATE OF SERVICE OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS
CASE NO.: 17-10208-BKC-LMI

